

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00244-CV

_____

IN RE HAROLD DAMMON MCCRAY, Relator

---

Original Proceeding
County Court at Law of Cooke County, Texas
Trial Court No. CR26-68915

---

Before Wallach, J.; Sudderth, C.J.; Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and request for emergency temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for emergency temporary relief are denied.

Per Curiam

Delivered:  April 21, 2026